AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

### for the

District of ~~New Hampshire~~  Maine  ▼

RENALDO BANDEIRA )
)
)
*Petitioner* )
)
v. )  Case No.
)
BRIAN R. DONAHUE )  *(Supplied by Clerk of Court)*
)
)

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.　(a) Your full name:  RENALDO BANDEIRA
　(b) Other names you have used:
2.　Place of confinement:
　(a) Name of institution:  STRAFFORD COUNTY DEPT OF CORRECTIONS
　(b) Address:  266 COUNTY FARM ROAD
　　　　DOVER NEW HAMPSHIRE  03820
　(c) Your identification number:
3.　Are you currently being held on orders by:
　☑ Federal authorities　　☐ State authorities　　☐ Other - explain:
　ICE/DHS DETAINED ME FOR "ILLEGALLY BEING IN U.S."
4.　Are you currently:

　☐ A pretrial detainee (waiting for trial on criminal charges)
　☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
　　If you are currently serving a sentence, provide:
　　　(a) Name and location of court that sentenced you:

　　　(b) Docket number of criminal case:
　　　(c) Date of sentencing:
　☑ Being held on an immigration charge
　☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.　What are you challenging in this petition:
　☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:    ICE BURLINGTON DETAINED ME 5/31/2025. NO CHARGE OTHER THAN BEING IN COUNTRY ILLEGALLY.  I HAVE ASKED FOR ASYLUM AND HAVE INTERVIEW

(b)  Docket number, case number, or opinion number:

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: NO CHARGES FILED. NO BOND GIVEN. NO DUE PROCESS OF ANY KIND.

(d)  Date of the decision or action:    06/10/2025

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not appeal:

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:

    (2)  Date of filing:

    (3)  Docket number, case number, or opinion number:

    (4)  Result:

    (5)  Date of result:

    (6)  Issues raised:

(b)  If you answered "No," explain why you did not file a second appeal:

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:

    (2)  Date of filing:

    (3)  Docket number, case number, or opinion number:

    (4)  Result:

    (5)  Date of result:

    (6)  Issues raised:

(b)  If you answered "No," explain why you did not file a third appeal:

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:


(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:


(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:


11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:  05/31/2025

(b)    Date of the removal or reinstatement order:

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1)  Date of filing:
    (2)  Case number:
    (3)  Result:
    (4)  Date of result:
    (5)  Issues raised:




(d)     Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes                    ☐ No
        If "Yes," provide:
        (1)  Name of court:
        (2)  Date of filing:
        (3)  Case number:
        (4)  Result:
        (5)  Date of result:
        (6)  Issues raised:




12.     **Other appeals**
        Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues
        raised in this petition?
        ☐ Yes                    ☑ No
        If "Yes," provide:
        (a)  Kind of petition, motion, or application:
        (b)  Name of the authority, agency, or court:

        (c)  Date of filing:
        (d)  Docket number, case number, or opinion number:
        (e)  Result:
        (f)  Date of result:
        (g)  Issues raised:

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   DUE PROCESS DENIAL. NO CHARGES, NO BOND HEARING, NO DUE PROCESS AT ALL.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER HAS HAD ONE INTERVIEW BEFORE BOSTON ASYLUM OFFICE ON 05/06/2025 AND IS SCHEDULED FOR ANOTHER ON 06/24/2025. BUT ICE/DHS DETAINED HIM FOR "BEING IN COUNTRY ILLEGALLY." NO NEW CRIMINAL CHARGE OR ACCUSATION. ICE/DHS HAS FAILED TO FILE A NOTICE TO APPEAR IN IMMIGRATION COURT, SO PETITIONER HAS NO OTHER FORUM FOR RELIEF.

(b)  Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:**

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: PROVIDE PETITIONER WITH A HEARING IN WHICH TO REQUEST BOND/RELEASE. BEST OPTION WOULD BE TO ORDER USCIS TO FILE THE NOTICE TO APPEAR IN IMMIGRATION COURT WHICH WILL GIVE PETITIONER A FORUM IN WHICH TO REQUEST RELIEF. ALTERNATIVELY, THIS COURT COULD SIMPLY ORDER PETITIONER RELEASED.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06|10|2025

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_