# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RENALDO BANDEIRA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BRIAN R. DONAHUE )<br>STRAFFORD COUNTY JAIL )<br>)<br>Defendant ) | 2:25-cv-00300-LEW |

## MOTION TO DISMISS PETITION FOR HABEAS CORPUS

NOW COMES Petitioner, Renaldo Bandeira, by and through undersigned counsel, and hereby moves to DISMISS THE PETITION WITHOUT PREJUDICE. The grounds for this Motion are that counsel has discovered[1] that New Hampshire is the better and perhaps only forum in which to seek relief, so Petitioner will refile this action in that Court.

Dated:    June 11, 2025

/s/ Michael J. Waxman
Michael J. Waxman, Esq.

---

[1] This is undersigned counsel's first effort to file a habeas corpus petition.

1