# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RENALDO BANDEIRA )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>BRIAN R. DONAHUE )<br>STRAFFORD COUNTY JAIL )<br>)<br>    Defendant ) | 2:25-cv-00300-LEW |

## NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR HABEAS CORPUS

NOW COMES Petitioner, Renaldo Bandeira, by and through undersigned counsel, and hereby gives Notice of his dismissal, without prejudice of the Petition for Habeas Corpus. The grounds for this Motion are that counsel has discovered[1] that New Hampshire is the better and perhaps only forum in which to seek relief, so Petitioner will refile this action in that Court.

Dated:    June 12, 2025

/s/ Michael J. Waxman
Michael J. Waxman, Esq.

---

[1] This is undersigned counsel's first effort to file a habeas corpus petition.

1